THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CELESTIAN L. STRZEP, Appellant.

Submitted September 30, 1940; decided October 8, 1940.

Motion for reargument denied.   (See 283 N. Y. 699.)

THEODORA B. FROST, Individually and as Executrix of GEORGE S. FROST, Deceased, Respondent, *v.* A. PIERRE BACHMAN, as Executor of CHARLES G. HENSLEY, Deceased, Appellant.

Submitted September 30, 1940; decided October 8, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 283 N. Y. 744.)

WILLIAM E. WOOLLARD, Respondent, *v.* SCHAFFER STORES COMPANY, INC., Appellant.

Submitted September 30, 1940; decided October 8, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 283 N. Y. 707.)